[No. 32416-4-II.   Division Two.   April 4, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSHUA OSHY
HOWARD, *Appellant.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 04-1-00995-6. On August 2, 2004,
Wm. Thomas McPhee, J., refused to suppress evidence
relating to a methamphetamine possession charge, and on
September 15, 2004, Richard D. Hicks, J., entered a judg-
ment on a verdict of guilty. First degree escape conviction
*affirmed,* denial of evidence suppression and methampheta-
mine possession conviction *reversed,* and case *remanded* by
unpublished opinion per Houghton, J., concurred in by
Armstrong, J.; Hunt, J., dissenting.

[No. 32621-3-II.   Division Two.   April 4, 2006.]

*In the Matter of the Marriage of* LINDA M. SIMPSON,
*Respondent,* and ADAM DEL WADE SIMPSON,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-3-04334-9, Stephanie A. Arend, J., entered
December 3, 2004. *Reversed* by unpublished opinion per
Quinn-Brintnall, C.J., concurred in by Hunt and Van
Deren, JJ.

[No. 32927-1-II.   Division Two.   April 4, 2006.]

GAYLA NALDRETT, *Respondent,* v. ADAM SIMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 04-2-13372-1, Kathryn J. Nelson, J., entered
February 28, 2005. *Reversed* by unpublished opinion per
Bridgewater, J., concurred in by Hunt and Penoyar, JJ.